IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

CLIFFORD PRESS, as authorized )
representative of the )
fractional owners of that )
certain aircraft bearing )
tail number N132SL, et al., )
                                     )
          Plaintiffs, )
                                     )
    v.                                )                1:15CV41
                                     )
AGC AVIATION, LLC, et al., )
                                     )
          Defendants. )

**ORDER OF REMAND**

On August 13, 2015, the United States Magistrate Judge's Memorandum Opinion and Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 27 and 28.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that Plaintiff's motion to remand (Doc. 5) is **GRANTED IN PART** to the extent this case is **REMANDED** to the General Court of Justice, Superior Court Division, Guilford County, North Carolina, for further proceedings

pursuant to 18 U.S.C. § 1447(c), and **DENIED IN PART** as to Plaintiffs' requests for attorney's fees and costs.

**IT IS FURTHER ORDERED** that Plaintiffs' motion to dismiss (Doc. 7) is **DENIED WITHOUT PREJUDICE** as moot for lack of subject matter jurisdiction.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to send a certified copy of this Order to the Guilford County Superior Court Clerk.

This the 1st day of September, 2015.

_____
United States District Judge